# Exhibit 2

Method Claim: 12

| US7552870 | Toad&Co ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>*Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,* even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning points through referral and redeeming those points for purchases on clothes).<br><br>As shown below, the accused instrumentality allows user to earn and redeem points for purchasing clothes. Further, it offers a 'Refer a Friend' program that allows users to earn points by inviting friends to join the loyalty program. The user earns 400 points ($20 value) for each successful referral. A referral is considered as successful referral if a friend uses user's referral link to make a purchase of clothes. The earned points can be redeemed by the user for various rewards such as discounts and exclusive perks at different stores. |

*processing, among others.*

**Col 7: lines 59-67, Col 8: line 1**

*The Use Earned Balance (307) field is used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. <u>In the case of 'First', any earned balance is used ahead of any cash</u>*



https://www.toadandco.com/pages/refer-friend

| | |
|---|---|
| *balance available for the Network User Device (i.e. it is trading Network Resources).*<br><br>**Col 8: lines 20-30**<br><br>*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. <u>Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner</u>. The Account Record may be owned by a registered Trading System User, a registered* | <u>HOW IT WORKS</u><br><br><br><br>**Share Your Link**<br>Simply share your unique referral link with your friends and family.<br><br>**Give \$20, Get \$20**<br>When they use your link to make a purchase, they get \$20 off and you'll get 400 points (worth \$20).<br><br>**Keep Sharing**<br>The more people you refer, the more rewards you'll earn. It's that easy!<br><br>https://www.toadandco.com/pages/refer-friend<br><br>How does the Refer a Friend program work?<br><br>When you refer a friend, they will receive a link to purchase with a special discount that will automatically apply to their first order, and you'll receive a reward too!<br><br>https://www.toadandco.com/pages/refer-friend<br><br>How do I refer a friend?<br><br>Enter your email address and share your unique referral link with friends and family. They can use the link to make their first purchase, and their discount will automatically be applied at checkout.<br><br>https://www.toadandco.com/pages/refer-friend |

| | |
|---|---|
| *Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance</u> or a Cash Balance. <u>An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access</u> Gateway Operator.* | How do I track the number of referrals I've made? <br><br> Enter your name and email above, then click My Stats. From there, you can send yourself an email which will contain your stats. <br><br> https://www.toadandco.com/pages/refer-friend <br><br> Is there a limit to how many people I can refer? <br><br> No, there is no limit to the number of people you can refer. You can refer as many friends as you like, and you'll get a reward for each successful referral! <br><br> https://www.toadandco.com/pages/refer-friend <br><br> As shown below, the accused instrumentality offers a 'Refer a Friend' program that allows users to earn points by inviting friends to join the loyalty program. The user earns 400 points ($20 value) for each successful referral. A referral is considered as successful referral if a friend uses user's referral link to make a purchase at clothes. The earned points can be redeemed by the user for various rewards such as discounts and exclusive perks at different stores. |



https://www.toadandco.com/pages/rewards

How do I redeem my points?

Log in and head to your Loyalty page to redeem your points for rewards. You can also use your points directly at checkout.

https://www.toadandco.com/pages/rewards

What is the Toad&Co Rewards Program?

Our rewards program lets you earn points on purchases and activities, which can be redeemed for discounts and exclusive perks.

https://www.toadandco.com/pages/rewards



WAYS TO REDEEM

## Redeem points for these rewards

| $10 OFF | $20 OFF | $30 OFF | $40 OFF | $50 OFF |
|---|---|---|---|---|
| 200 Points | 400 Points | 600 Points | 800 Points | 1,000 Points |

https://www.toadandco.com/pages/rewards

Do my points expire?

Like all good things, reward points do come to an end. But the good news is that they will only expire after a full year of inactivity on your account. So, if you take any action (like placing an order) your points will be safeguarded for another year!

https://www.toadandco.com/pages/rewards

As shown below, the accused instrumentality allows the user to view the earned points.



Where can I see my points balance?

Log in to your account! Your points balance will be highlighted at the top of the page.

https://www.toadandco.com/pages/rewards

**HI THERE, YOU HAVE 100 POINTS**

Expiration Date: 26th Jan 2027

## Current points balance and recent activity

| ACTIVITY | POINTS | DATE |
|---|---|---|
| Sign Up | + 100 Points | Jan 26, 2026 |

https://www.toadandco.com/pages/rewards

How can I earn points?

You earn points for every dollar spent on Toad&Co clothing. You can also earn points by signing up, following us on social media, leaving a product review, and more! Check out the "Ways to Earn" section for details.

| | |
|---|---|
| | https://www.toadandco.com/pages/rewards<br><br><br><br>https://www.toadandco.com/pages/stores |
| applying network usage credits to a user having an account for accumulating credits based upon usage by at | The accused instrumentality practices applying network usage credits (e.g., crediting points to the user's account) to a user (e.g., an existing user) of having an account (e.g., user's account) for accumulating credits (e.g., crediting points to the user's account) based upon usage (e.g., purchasing clothes) by at least one third party (e.g., friends and family) of a first network resource (e.g., clothes) operated by said user (e.g., purchasing clothes via the user's referral link). |

| | |
|---|---|
| least one third party of a first network resource operated by said user;<br><br>**Col 14: lines 43-51**<br><br>*A central element of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different* | As shown below, the accu sed instrumentality allows user to earn and redeem points for purchasing clothes. Further, it offers a 'Refer a Friend' program that allows users to earn points by inviting friends and family (e.g., a third party) to join the loyalty program. The user earns 400 points (e.g., network usage credits) ($20 value) for each successful referral. A referral is considered as successful referral if a friend (e.g., a third party) uses user's referral link to make a purchase of clothes (e.g., a first network resource).<br><br><br><br>https://www.toadandco.com/pages/refer-friend |

| | |
|---|---|
| *owner/operator's Access Gateway.* In this embodiment of the invention, which provides broad flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never. |  |

https://www.toadandco.com/pages/refer-friend

How does the Refer a Friend program work?

When you refer a friend, they will receive a link to purchase with a special discount that will automatically apply to their first order, and you'll receive a reward too!

https://www.toadandco.com/pages/refer-friend

How do I refer a friend?

Enter your email address and share your unique referral link with friends and family. They can use the link to make their first purchase, and their discount will automatically be applied at checkout.

https://www.toadandco.com/pages/refer-friend

How do I track the number of referrals I've made?

Enter your name and email above, then click My Stats. From there, you can send yourself an email which will contain your stats.

https://www.toadandco.com/pages/refer-friend

Is there a limit to how many people I can refer?

No, there is no limit to the number of people you can refer. You can refer as many friends as you like, and you'll get a reward for each successful referral!

https://www.toadandco.com/pages/refer-friend



https://www.toadandco.com/pages/rewards

How do I redeem my points?

Log in and head to your Loyalty page to redeem your points for rewards. You can also use your points directly at checkout.

https://www.toadandco.com/pages/rewards

What is the Toad&Co Rewards Program?

Our rewards program lets you earn points on purchases and activities, which can be redeemed for discounts and exclusive perks.

https://www.toadandco.com/pages/rewards



WAYS TO REDEEM

## Redeem points for these rewards

| $10 OFF | $20 OFF | $30 OFF | $40 OFF | $50 OFF |
|---|---|---|---|---|
| 200 Points | 400 Points | 600 Points | 800 Points | 1,000 Points |

https://www.toadandco.com/pages/rewards

Do my points expire?

Like all good things, reward points do come to an end. But the good news is that they will only expire after a full year of inactivity on your account. So, if you take any action (like placing an order) your points will be safeguarded for another year!

https://www.toadandco.com/pages/rewards

As shown below, the accused instrumentality allows the user to view the earned points (e.g.,

network usage credits).



Where can I see my points balance?

Log in to your account! Your points balance will be highlighted at the top of the page.

https://www.toadandco.com/pages/rewards

HI THERE, YOU HAVE 100 POINTS

Expiration Date: 26th Jan 2027

## Current points balance and recent activity

| ACTIVITY | POINTS | DATE |
|---|---|---|
| Sign Up | network usage credits — + 100 Points | Jan 26, 2026 |

https://www.toadandco.com/pages/rewards

How can I earn points?    first network resource

You earn points for every dollar spent on Toad&Co clothing. You can also earn points by signing up, following us on social media, leaving a product review, and more! Check out the "Ways to Earn" section for details.

https://www.toadandco.com/pages/rewards

| | |
|---|---|
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>**Col 17: lines 3-11**<br><br>*The Processing* | The accused instrumentality practices substantially immediately processing a request (e.g., request to redeem points for rewards) by said user (e.g., an existing user) for usage of a second network resource (e.g., rewards such as discounts and exclusive perks) operated by a fourth party (e.g., a different store of the accused instrumentality) and allowing access to said second network resource (e.g., rewards such as discounts and exclusive perks) if said user (e.g., an existing user) has at least a predetermined amount of said network usage credits (e.g., required points to avail rewards) wherein said first (e.g., Clothes) and second resources (e.g., rewards such as discounts and exclusive perks) have a registered resource sharing arrangement in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows user to earn and redeem points for purchases on clothes. Further, it offers a 'Refer a Friend' program that allows users to earn points by inviting friends and family to join the loyalty program. The user earns 400 points (e.g., network usage credits) ($20 value) for each successful referral. A referral is considered as successful referral if a friend (e.g., a third party) uses the user's referral link to make a purchase at clothes (e.g., a first network resource). The earned points can be redeemed by the user for various rewards such as discounts and exclusive perks (e.g., a second network resource) at different stores.<br><br>When the user requests for using points to gain rewards such as discounts and exclusive perks at different stores, the system checks their earned points balance to determine if the user is eligible for the reward. Rewards are only accessible if there are sufficient points available, which are required for getting a reward. Thus, the accused instrumentality shares an agreement wherein the points can be earned and redeemed for all participating Toad&Co products. |

_Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization._ If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced



https://www.toadandco.com/pages/refer-friend

| | |
|---|---|
| *Authorization Period must be calculated as follows:*<br><br>**Col 17: lines 20-23**<br><br>*Alternatively, <u>if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C)</u> and added to the Total Credit Reservations (405C) for the Account.* | **HOW IT WORKS**<br><br>  <br><br>**Share Your Link**  **Give \$20, Get \$20**  **Keep Sharing**<br><br>Simply share your unique referral link with your friends and family.  When they use your link to make a purchase, they get \$20 off and you'll get 400 points (worth \$20).  The more people you refer, the more rewards you'll earn. It's that easy!<br><br>https://www.toadandco.com/pages/refer-friend<br><br>How does the Refer a Friend program work?<br><br>When you refer a friend, they will receive a link to purchase with a special discount that will automatically apply to their first order, and you'll receive a reward too!<br><br>https://www.toadandco.com/pages/refer-friend<br><br>How do I refer a friend?<br><br>Enter your email address and share your unique referral link with friends and family. They can use the link to make their first purchase, and their discount will automatically be applied at checkout.<br><br>https://www.toadandco.com/pages/refer-friend |

How do I track the number of referrals I've made?

Enter your name and email above, then click My Stats. From there, you can send yourself an email which will contain your stats.

https://www.toadandco.com/pages/refer-friend

Is there a limit to how many people I can refer?

No, there is no limit to the number of people you can refer. You can refer as many friends as you like, and you'll get a reward for each successful referral!

https://www.toadandco.com/pages/refer-friend



https://www.toadandco.com/pages/rewards

How do I redeem my points?

Log in and head to your Loyalty page to redeem your points for rewards. You can also use your points directly at checkout.

https://www.toadandco.com/pages/rewards

As shown below, the accused instrumentality allows users to redeem earned points (e.g., network usage credits) for rewards.

What is the Toad&Co Rewards Program?

Our rewards program lets you earn points on purchases and activities, which can be redeemed for discounts and exclusive perks.

https://www.toadandco.com/pages/rewards



https://www.toadandco.com/pages/rewards

Do my points expire?

Like all good things, reward points do come to an end. But the good news is that they will only expire after a full year of inactivity on your account. So, if you take any action (like placing an order) your points will be safeguarded for another year!

https://www.toadandco.com/pages/rewards



Where can I see my points balance?

Log in to your account! Your points balance will be highlighted at the top of the page.

https://www.toadandco.com/pages/rewards

**HI THERE, YOU HAVE 100 POINTS**

Expiration Date: 26th Jan 2027

# Current points balance and recent activity

| ACTIVITY | POINTS | DATE |
|---|---|---|
| Sign Up    network usage credits | + 100 Points | Jan 26, 2026 |

https://www.toadandco.com/pages/rewards

How can I earn points?

You earn points for every dollar spent on Toad&Co clothing. You can also earn points by signing up, following us on social media, leaving a product review, and more! Check out the "Ways to Earn" section for details.

https://www.toadandco.com/pages/rewards



https://www.toadandco.com/pages/stores



https://www.toadandco.com/pages/freeport-store

## Toad&Co

Last updated: Dec. 17, 2025

The Toad&Co mobile message service (the "Service") is operated by Toad&Co ("Toad&Co", "we", or "us"). Your use of the Service constitutes your agreement to these terms and conditions ("Mobile Terms"). We may modify or cancel the Service or any of its features without notice. To the extent permitted by applicable law, we may also modify these Mobile Terms at any time and your continued use of the Service following the effective date of any such changes shall constitute your acceptance of such changes.

https://privacy.toadandco.com/

### How we disclose your information ⌄

We may disclose personal information about you for business and commercial purposes when you purchase our products or visit our website.

We also use trusted third party partners to better understand and identify our website visitors. As part of this service, we may make available identifiers to these third parties including our visitors' IP addresses, cookies, and hashed versions of email addresses captured from your visit. We, and third parties, use this data to obtain more information about our visitors and reach out to them through other channels, such as email and/or direct mail. You have the right to opt-out of this activity by visiting Your Privacy Choices.

https://privacy.toadandco.com/